IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:21-cv-00155-ADA |
| NETGEAR, INC., | § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF KEVIN E. CADWELL

The following designated attorney herby enters an appearance as counsel of record for Defendant NETGEAR, Inc. and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Plaintiffs and Defendants.

Kevin E. Cadwell
Texas Bar No. 24036304
CADWELL CLONTS & REEDER LLP
One Riverway, Suite 1700
Houston, TX 77056
Telephone:  713.360.1561
Facsimile:     940.233.8587
Email: kcadwell@cadwellclontsreeder.com

Dated: March 22, 2021

By: */s/ Kevin E. Cadwell*
Kevin E. Cadwell
kcadwell@cadwellclontsreeder.com
Texas Bar No. 24036304
David R. Clonts
dclonts@cadwellclontsreeder.com
Texas Bar. No. 04403700
Lisa M. Thomas
lthomas@cadwellclontsreeder.com
Texas Bar No. 24079455
CADWELL CLONTS & REEDER LLP
One Riverway, Suite 1700
Houston, Texas 77056
Phone:  (713) 360-1560
Fax:     (940) 233-8587

**ATTORNEYS FOR DEFENDANT NETGEAR, INC.**