# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WSOU INVESTMENTS, LLC, ET AL.

vs.                                                Case No.: 6:21-cv-00155

NETGEAR, INC.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Cayman C. Mitchell , counsel for

Defendant NETGEAR, Inc. , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Cayman C. Mitchell may appear on behalf of Defendant NETGEAR, Inc.

in the above case.

IT IS FURTHER ORDERED that Cayman C. Mitchell , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____

UNITED STATES DISTRICT JUDGE

Reset all fields          Print Form