# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

WSOU INVESTMENTS, LLC, ET AL.

vs.                                                    Case No.:  6:21-cv-00155

NETGEAR, INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by <u>Lisa M. Schoedel</u>, counsel for

<u>Defendant NETGEAR, Inc.</u>, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

<u>Lisa M. Schoedel</u> may appear on behalf of <u>Defendant NETGEAR, Inc.</u>

in the above case.

IT IS FURTHER ORDERED that <u>Lisa M. Schoedel</u>, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE


Reset all fields          Print Form