IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br>      Plaintiff,<br><br>v.<br><br>NETGEAR, INC.,<br><br>      Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:21-cv-00155-ADA<br><br>Hon. Alan D. Albright<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANT NETGEAR'S MOTION TO DISMISS FOR IMPROPER VENUE, OR, IN THE ALTERNATIVE, TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

The Court has considered Defendant NETGEAR, Inc.'s Motion to Dismiss for Improper Venue, Or, In the Alternative, to Transfer to the Northern District of California (the "Motion") and all related arguments and filings related to the Motion. The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that

_____: NETGEAR, Inc.'s Motion to Dismiss for Improper Venue is **GRANTED.**

_____: NETGEAR, Inc.'s Motion to Transfer to the Northern District of California in the interests of justice under § 1406 because venue is improper is **GRANTED.**

SO ORDERED this _____ day of _____, 2021.

                     _____
                     Hon. Alan D. Albright
                     United States District Court